IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-303-RJC-DCK

| | |
|---|---|
| TIMOTHY RUSHING, </br></br> Plaintiff, </br></br> vs. </br></br> CIGNA CORPORATION dba CIGNA HEALTHCARE COMPANY, FENNER DUNLOP, INC. WELFARE BENEFIT PLAN and ACS RECOVERY SERVICES, INC., </br></br> Defendants. | **ORDER GRANTING** </br> **ADMISSION PRO HAC VICE** |

Counsel for Fenner Dunlop, Inc. Welfare Benefit Plan in this case, filed a motion with the Court seeking to admit *pro hac vice* Robert A. Koenig ("Applicant") to represent Fenner Dunlop, Inc. Welfare Benefit Plan in this matter in association with Daniel R. Hansen, a member of the North Carolina Bar and the firm of Shumaker, Loop & Kendrick, LLP. The Applicant is admitted to practice in all Ohio State Courts, United States District Court for all Districts in Ohio, Western District of Michigan, Southern District of Indiana, United States Court of Appeals for the Sixth Circuit and the United States Supreme Court.

It appears to the Court that there is just cause for granting the motion.

It is therefore ORDERED that Robert A. Koenig is admitted *pro hac vice* to represent Fenner Dunlop, Inc. Welfare Benefit Plan in this matter.

Signed: September 2, 2009

_____
David C. Keesler
United States Magistrate Judge