# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3: 09CV303-RJC-DCK

| | |
|---|---|
| TIMOTHY RUSHING, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA CORPORATION dba CIGNA HEALTHCARE COMPANY, FENNER DUNLOP, INC. WELFARE BENEFIT PLAN, and ACS RECOVERY SERVICES, INC., <br><br> Defendants. | **ORDER** |

THIS MATTER is before the Court upon the motion of the parties for an extension of time to complete the Initial Attorney's Conference and file the Rule 26(f) Certification with the Court, up to and including the 1st day of December, 2009, and for good cause shown;

IT IS ORDERED that the time within which the parties may complete the Initial Attorney's Conference and file the Rule 26(f) Certification with the Court is extended up to and including the **1st day of December, 2009**.

Signed: November 2, 2009

David C. Keesler
United States Magistrate Judge